JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 S FIRST STREET #613
SAN JOSE, CA 95113
ATTORNEY FOR PLAINTIFF

CALIFORNIA STATE SUPERIOR COURT

COUNTY OF SANTA CLARA

| | |
|---|---|
| MARIANO MARTINEZ, | Case No: |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| vs. | |
| YOUNG CHANG KIM DBA QUE RICO GRILL, and DOES 1-10 | |
| Defendants | |

Plaintiff demands a jury trial.

JAMES DAL BON
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113

COMPLAINT - 11