**United States District Court**
For the Northern District of California

1

2

3                                           **\*E-FILED 2/21/08\***

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   MARIANO MARTINEZ,                      No. C 07-05689  RS

12            Plaintiffs,                   **ORDER CONTINUING**
                                            **CASE MANAGEMENT CONFERENCE**
13   v.

14   YOUNG CHANG KIM dba QUE RICO GRILL,

15            Defendant.
     _____/
16

17        The above-entitled case was scheduled for a Case Management Conference on February 27,

18   2008 at 2:30 p.m.  Pursuant to the Order Setting Initial Case Management Conference, a Joint Case

19   Management Conference Statement was to be filed with the Court seven days prior to the

20   Conference.  No Case Management Statement was filed.  Therefore, the Court continues the Case

21   Management Conference to **April 2, 2008 at 2:30 p.m.**

22        All parties shall make a determination regarding the issue of consent to the jurisdiction of the

23   Magistrate Judge and file the appropriate form no later than March 26, 2008.  The parties shall file a

24   Joint Case Management Conference Statement on or before March 26, 2008.  Counsel for plaintiff

25   shall serve this order on defendant.

26        IT IS SO ORDERED.

27   Dated:  2/21/08

28                                          _____
                                            RICHARD SEEBORG
                                            United States Magistrate Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

2 James Dal Bon
Law Offices of James Dal Bon
3 28 North 1st Street, Suite 210
San Jose, Ca 95113
4

5 Dated: 2/21/08

6

7    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28