THIS IS TO CERTIFY THAT A COPY OF THIS CLERK'S NOTICE HAS BEEN MAILED TO:

James Dal Bon
Law Offices of James Dal Bon
28 North 1st Street, Suite 210
San Jose, Ca 95113


Dated: March 28, 2008                                  Richard W. Wieking, Clerk

                                                      By:___/S/_____
                                                        Martha Parker Brown,
                                                          Courtroom Deputy