1  JAMES DAL BON # 157942
   LAW OFFICES OF JAMES DAL BON
2  28 NORTH 1ST STREET, SUITE 210
   SAN JOSE, CA 95113
3  (408)297-4729

4  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| MARIANO MARTINEZ<br>            Plaintiffs,<br>    vs.<br>YOUNG CHANG KIM ET AL<br><br>            Defendants | Case No.: 07-05689 JW<br><br>**PLAINTIFFS' MOTION TO CHANGE CASE MANAGEMENT CONFERENCE**<br><br><br>Court     8<br>Hearing   4/14/08<br>Time      10:00 AM |
|---|---|

   Plaintiff and Defendant move the Court to change the time for the case management conference for the following reasons:

   1) The present Case Management Conference is set for April 14, 2008

   2) This is Plaintiff's first request to change the Case Management Conference date.

   3) Plaintiff requests one last continuance for three reasons:

   a)   Plaintiff's counsel attempted to settle this case without filing a law suit with defense counsel.

   b)   When this attempt failed, Plaintiff's counsel filed a complaint on November 8, 2007.

   c)   Plaintiff's counsel served the Defendant at his place of business on March 7, 2008.  See Ex 1 Proof of Service; Ex 2 Fictitious Names Statement Ex 3 Address of Que Rico Grill

   d)    Plaintiff faxed a letter to Defense counsel today asking that Defendant answer the complaint within fifteen days or Plaintiff's Counsel will file for default. Ex 4 Letter to Defense Counsel

1
2
3   4) The Plaintiff moves that the Case Management Conference be taken off calendar
4      and rescheduled to May 12, 2008 at which time the Defendants will have either
5      answered the complaint or the Plaintiff filed for default.
6
7   Respectfully Submitted:
8
    April 9, 2008
9
10
          _____s/jdb_____
11  James Dal Bon for the Plaintiffs
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2                Case No.: C07-05689

**Motion to Change Date of Case Management Conference**

1

2    IT IS SO ORDERED:

3

4    Dated: _____                              By: _____
                                                        United States District Court
5                                                       Judge James Ware

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Motion to Change Date of Case Management Conference**