NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

JAMES DAL BON, ESQ.
LAW OFFICES OF JAMES DAL BON. ESO.
28 NORTH FIRST STREET. SUITE 210
SAN JOSE. CA 95113
Telephone: (408) 297-4729

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| MARIANO MARTINEZ | CASE NUMBER |
|---|---|
| Plaintiff. | C07 05689 RS |
| YOUNG CHANG KIM DBA QUE RICO GRILL, ET AL | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIIVL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

in the within action by personally delivering true copies thereof to the person served as follows:

    Served : YOUNG CHANG KIM DBA QUE RICO GRILL

    By Serving : "Jane Doe" (Subject Refused To State Name), Person In Charge (Hispanic Female, 5'5", 120 Lbs., Brown Hair,

    Address : ( Business )

        4169 Cushing Parkway
        Fremont. Ca 94538

    Date of Service : March 7, 2008

    Time of Service : 5:38PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: March 7, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1170

Signature: _____
JASON SMITH

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| JAMES DAL BON, ESQ.<br>LAW OFFICES OF JAMES DAL BON, ESQ.<br>28 NORTH FIRST STREET, SUITE 210<br>SAN JOSE, CA 95113 | (408) 297-4729 | |
| ATTORNEY FOR (NAME) Plaintiff | | |

Insert name of court and name of judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff:
MARIANO MARTINEZ

Defendant:
YOUNG CHANG KIM DBA QUE RICO GRILL, ET AL.

| REFERENCE NO.:<br>30882145 | **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>C07 05689 RS |
|---|---|---|

I am and was on the dates herein mentioned, over the age of eighteen and not a party to the within action. My business address is: 255 N. Market St., Ste. 246 San Jose, CA 95110. I received the within process on March 5, 2008 and that after due and diligent effort I have been unable to effect personal service on the within named **YOUNG CHANG KIM DBA QUE RICO GRILL**

Residence address (H): UNKNOWN
Business address (B): 4169 CUSHING PARKWAY, FREMONT, CA 94538

<u>Below is a list of dates, times and details regarding efforts to effect service.</u>

03/05/2008 @ 4:10PM (B) - PER THE PERSON IN CHARGE, THE SUBJECT IS UNKNOWN AND DOES NOT WORK AT THIS ADDRESS.
03/06/2008 @ 12:30PM (B) - PER THE PERSON IN CHARGE, THE SUBJECT IS UNKNOWN AND DOES NOT WORK AT THIS ADDRESS.
03/07/2008 @ 5:38PM (B) - PER THE PERSON IN CHARGE, THE SUBJECT IS UNKNOWN AND DOES NOT WORK AT THIS ADDRESS. THE DOCUMENTS WERE SUBSERVED. A MAILING WAS COMPLETED.

Declarant:
JASON SMITH

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.: 1170
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 7, 2008      Signature: _Jason Smith_

JAMES DAL BON, ESQ.
LAW OFFICES OF JAMES DAL BON, ESQ.
28 NORTH FIRST STREET, SUITE 210
SAN JOSE, CA 95113
Telephone: (408) 297-4729
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : MARIANO MARTINEZ
Defendant : YOUNG CHANG KIM DBA QUE RICO GRILL, ET AL.

Ref # 30882145        **DECLARATION OF MAILING**        Case No. C07 05689 RS

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:
 SUMMONS IN A CIVIL CASE; COMPLAINT; CIIVL COVER SHEET; ORDER SETTING
 INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE:
 INITIAL CASE MANAGEMENT; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;
 STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Jose, California, addressed as follows:

YOUNG CHANG KIM DBA QUE RICO GRILL

( Business )
4169 Cushing Parkway
Fremont, Ca 94538

Date of mailing: March 7, 2008

Person serving:
ROBINA ALVES

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.:1029
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 7, 2008        Signature: *Robina Alves*