**County Clerk - Recorder**

## Fictitious Business Name

**Search Results**      Menu  ·  New Search  ·  Forms  ·  Prefs  ·  Help

**Criteria:** Business Name Like QUE RICO

**Search Results** - 3 matches

Displaying Records 1 to 3

| Instrument Number | Date Filed | Expiration Date | Status | Business Name | Owner | Abandon Date |
|---|---|---|---|---|---|---|
| 215017 | 10/17/1994 | 10/17/1999 | Expired | QUE RICO BRAND | DERR, LUZ | |
| 215017 | 10/17/1994 | 10/17/1999 | Expired | QUE RICO BRAND | DERR, STEVEN | |
| 381052 | 06/09/2006 | 06/09/2011 | Active | QUE RICO GRILL | KIM, YOUNG C | |

For issues with this software, please check the FAQ.

Internet Public Access Module Version 3.1
Copyright © 2001 - 2003 Hart InterCivic, Inc. All Rights Reserved.