**Close**



# Que Rico Grill

4169 Cushing Pkwy
Fremont, CA 94538
Phone: (510) 651-6333



## Related Searches

- Fremont Restaurants
- Search East Bay City Guide
- Search East Bay Yellow Pages
- Search other City Guides
- See more East Bay Editors' Picks