```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME   : 04/09/2008 10:42
                                              NAME   :
                                              FAX    :
                                              TEL    :
                                              SER.#  : K7J549864


DATE,TIME                        04/09 10:42
FAX NO./NAME                     12133808085
DURATION                         00:00:14
PAGE(S)                          01
RESULT                           OK
MODE                             STANDARD
                                 ECM
```

# Law Offices of James Dal Bon

April 9, 2008

Kane Moon Esq
3731 Wilshire Boulevard
Suite 910
Los Angeles, CA 90010

(213)380-8085

Re: Martinez vs Kim
Case # 07-05689

Dear Mr. Moon,

As you know we represent Mariano Martinez in his wage and hour case against Young Kim dba Taqueria Consuelito. You did not return my phone messages concerning whether you would accept service for your client. Thus we served the complaint in this case on your client on March 7, 2008. The complaint was sub served at his place of business Que Rico Grill 4169 Cushing Pkwy Fremont, CA 94538.

Enclosed is a copy of the proof of service and the fictitious names statement listing his business address. Your client has not answered the complaint. Please ask your client to answer the complaint in fifteen days or I will file for default.

# Law Offices of James Dal Bon

April 9, 2008

Kane Moon Esq
3731 Wilshire Boulevard
Suite 910
Los Angeles, CA 90010

(213)380-8085

Re:    Martinez vs Kim
Case # 07-05689

Dear Mr. Moon,

As you know we represent Mariano Martinez in his wage and hour case against Young Kim dba Taqueria Consuelito. You did not return my phone messages concerning whether you would accept service for your client. Thus we served the complaint in this case on your client on March 7, 2008. The complaint was sub served at his place of business Que Rico Grill 4169 Cushing Pkwy Fremont, CA 94538.

Enclosed is a copy of the proof of service and the fictitious names statement listing his business address. Your client has not answered the complaint. Please ask your client to answer the complaint in fifteen days or I will file for default.

Sincerely,

James Dal Bon

28 North 1st. Street
Suite 210
San Jose, CA 95113
Tel. (408) 297-4PAY
Fax (408) 297-4728
jdblaw@earthlink.net
www.wagedefenders.com