1  JAMES DAL BON # 157942
   LAW OFFICES OF JAMES DAL BON
2  28 NORTH 1ST STREET, SUITE 210
   SAN JOSE, CA 95113
3  (408)297-4729

4  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| MARIANO MARTINEZ | Case No.: 07-05689 JW |
|---|---|
| Plaintiffs, | |
| vs. | **DECLARATION OF JAMES DAL BON** |
| YOUNG CHANG KIM ET AL | |
| Defendants | Court     8<br>Hearing   4/14/08<br>Time      10:00 AM |

My name is James Dal Bon and I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct to the best of my knowledge:

    a)    Plaintiff's counsel attempted to settle this case without filing a law suit with defense counsel.

    b)    When this attempt failed, Plaintiff's counsel filed a complaint on November 8, 2007.

    c)    Plaintiff's counsel served the Defendant at his place of business on March 7, 2008.  See Ex 1 Proof of Service; Ex 2 Fictitious Names Statement Ex 3 Address of Que Rico Grill

    d)    Plaintiff faxed a letter to Defense counsel today asking that Defendant answer the complaint within fifteen days or Plaintiff's Counsel will file for default. Ex 4 Letter to Defense Counsel

    e)    Exhibit 2 is a true and correct copy of the ficticious names statement pulled from the Alameda County Web Site.

    f)    Exhibit 3 is a true and correct copy of the address of Que Rico Grill pulled from a web site;

1     g)    Exhibit 4 is a true and correct copy of the letter sent to Defense counsel in this case today.

April 9, 2008

_____s/jdb_____