IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mariano Martinez,<br><br>　　　　Plaintiff,<br>　v.<br><br>Young Chang Kim,<br><br>　　　　Defendant._____/ | NO. C 07-05689 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　In light of Plaintiff's representations that Defendant has been properly served but has failed to answer within twenty days, the Court continues the case management conference currently set for April 14, 2008 to **June 2, 2008 at 10 a.m.** so that Plaintiff may seek entry of default.

Dated:  April 10, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Dal Bon jdblaw@earthlink.net

**Dated: April 10, 2008**                              **Richard W. Wieking, Clerk**

                                                           **By:   /s/ JW Chambers**
                                                                         **Elizabeth Garcia**
                                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California