**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mariano Martinez, | NO. C 07-05689 JW |
|       Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING TO SHOW CAUSE RE: DISMISSAL** |
|   v. | |
| Young Chang Kim, | |
|       Defendant. | |

Plaintiff filed this action on November 8, 2007. (See Docket Item No. 1.) The action was originally set for a Case Management Conference on February 27, 2007 before Magistrate Judge Richard Seeborg. (See Docket Item No. 3.) Judge Seeborg continued the Case Management Conference to April 2, 2008 because Plaintiff had not filed a Case Management Statement. (See Docket Item No. 4.) The case was then reassigned, and the Case Management Conference was continued to April 14, 2008. (See Docket Item No. 5.)

On April 9, 2008, Plaintiff filed a motion to continue the Case Management Conference. (See Docket Item No. 7.) Plaintiff represented that by May 12, 2008, either Defendant would have filed an Answer or Plaintiff would have moved for entry of default. (Id.) Based on Plaintiff's representations, the Court continued the Case Management Conference to June 2, 2008. (See Docket Item No. 8.) As of the date of this Order, the docket reflects that neither an Answer nor a Motion for Default have been filed; nor has Plaintiff submitted a Case Management Statement in

accordance with the local rules. Accordingly, the Court VACATES the Case Management Conference currently set for June 2, 2008.

The Court hereby orders Plaintiff to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, California on **June 16, 2008 at 9:00 a.m.** to show cause, if any, by actual appearance in Court, and by certification filed with the Court at least ten (10) days prior to appearance date, on or before **June 6, 2008**, why this action should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b). The certificate shall set forth a factual summary of the reasons why Plaintiff has not moved for default and Plaintiff's failure to otherwise communicate with the Court, and what steps Plaintiff is taking to pursue the action, its present status, and the expected future course of the action. If Plaintiff fails to file the certification, the June 16, 2008 hearing will be vacated automatically and the case will be dismissed with prejudice pursuant to Rule 41(b) Fed. R. Civ. P.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: May 28, 2008

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  James Dal Bon jdblaw@earthlink.net

3

**Dated:  May 28, 2008**                                            **Richard W. Wieking, Clerk**

                                                                    **By:   /s/ JW Chambers
                                                                           Elizabeth Garcia
                                                                           Courtroom Deputy**