JAMES DAL BON
CA 157942
LAW OFFICES OF JAMES DAL BON
28 North 1st Street Suite 210
San Jose, CA 95113

(408)297-4729

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARIANO MARTINEZ ) Case No: 07-05698 JW
         Plaintiff, ) VOLUNTARY DISMISSAL
   vs. )
YOUNG CHANG KIM ET AL )
         Defendants )

1) The Plaintiff hereby dismisses his case under Federal Rule of Civil Procedure 41(A)(1)(a)(i) without prejudice.

June 10, 2008

_____
James Dal Bon
Attorney for Plaintiff

1